# ALABAMA COURT OF CRIMINAL APPEALS



November 7, 2025

**CR-2024-0517**

Joshua Montellano Carter v. State of Alabama (Appeal from Montgomery Circuit Court: CC-07-1759.61)

## NOTICE

You are hereby notified that on November 7, 2025, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk